Katherine S. Clark (SBN 94871)
Law Offices of Katherine S. Clark
919 The Alameda
San Jose, California 95126
Telephone: (408) 350-7523
　　　　　 (650) 289-9303

Attorneys for Plaintiff TECHNOLOGY CREDIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY CREDIT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. J. CHRISTIAN ACADEMY, INC., and NEW JERSEY UNITED CHRISTIAN ACADEMY A NJ NONPROFIT CORPORATION,<br><br>　　　　　Defendants. | CASE NO.: 5:17-cv-6130-VKD<br><br>STIPULATION FOR ENTRY OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER<br><br>Re: Dkt. No. 53 |

　　　　Plaintiff TECHNOLOGY CREDIT CORPORATION ("Plaintiff") and Defendants, N. J. CHRISTIAN ACADEMY, INC., and NEW JERSEY UNITED CHRISTIAN ACADEMY A NJ NONPROFIT CORPORATION ("Defendants") [collectively "the Parties"], by and through their attorneys of record herein, hereby stipulate to the following:

　　1.　　Since counsel received confirmation that the 2nd Mortgage was properly recorded, this case may be dismissed without prejudice forthwith;

　　2.　　This Court shall retain jurisdiction to enforce the settlement agreement pending Plaintiff's receipt of all payments required under the settlement agreement to the extent that such remedy is not precluded by the parties' settlement agreement; and,

　　3.　　Once all payments have been received by Plaintiff, on Plaintiff's request, this Court

shall enter a dismissal with prejudice of the entire action.

IT IS SO AGREED.

Dated: March 5, 2019     LAW OFFICES OF KATHERINE S. CLARK


By____/s/ Katherine S. Clark_____
   Katherine S. Clark
   Attorneys for Plaintiff TECHNOLOGY
   CREDIT CORPORATION

Dated: March 5, 2019     LAW OFFICES OF BOB CAMORS


By___Roberts E. Camors, Jr._____
   Robert E. Camors, Jr.
   Attorneys for Defendants N. J. CHRISTIAN
   ACADEMY, INC., and NEW JERSEY UNITED
   CHRISTIAN ACADEMY A NJ NONPROFIT
   CORPORATION

### ORDER

IT IS SO ORDERED. The Court retains jurisdiction to enforce the settlement agreement. The Clerk shall close the file.

Dated: March 6, 2019

*Virginia K. DeMarchi*
The Hon. Virginia K. Demarchi
Magistrate Judge of the USDC